UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS ERVINE

      Plaintiff,

  v.

JESSICA CLARKE, et al.,

      Defendant(s).
_____/

No. C-00-03274 PJH (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for March 16, 2006 at 9:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until March 16, 2006 at 1:30 p.m.

Settlement Conference statements, if not previously submitted, are due March 14, 2006 at 4:00 p.m. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect. Defendant's counsel shall contact chambers today to coordinate arrangements to make Plaintiff available by telephone throughout the entire settlement conference.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: March 13, 2006

                                                      _____
                                                     ELIZABETH D. LAPORTE
                                                     United States Magistrate Judge